FILED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

2012 JUN 21  P 4: 46

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| **APPLE INC.** | |
| **Counterclaimant,** | |
| v. | Civil Action No. 1: 12 CV 686 |
| **HTC CORPORATION** | |
| **Counterclaim Defendant** | |

### APPLE'S MOTION TO SEAL DOCUMENT

Counterclaimant Apple Inc. ("Apple") respectfully submits this motion to file under seal

Apple's Counterclaims filed in International Trade Commission Investigation No. 337-TA-808,

pursuant to Local Rule 5.  In support of this Motion, Apple submits contemporaneously herewith

a non-confidential Memorandum in Support of its Motion to Seal Document pursuant to Local

Rule 5(D), along with an appropriate Notice and proposed Order.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated:  June 21, 2012

By: _____

Michael J. McKeon (VA Bar No. 44341)
Ahmed J. Davis (VA Bar No. 43982)
Steven A. Bowers
Cherylyn Esoy Mizzo
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

David J. Healey
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street
Suite 2800
Houston, TX 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

*Counsel for Counterclaimant*
*Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served June 21, 2012, via courier upon all counsel designated to receive such notices, as identified below:

Thomas L. Jarvis, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., N.W.
Washington, DC 20001


_____
Ahmed J. Davis