**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC. )<br>    Counter-Claimant )<br>)<br>    v. )<br>)<br>HTC CORPORATION, )<br>)<br>)<br>    Counter-Defendant. )<br>) | Civil Action No. 12-1055-GMS |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2**

This action was transferred from the United States District Court for the Eastern District of Virginia to this Court by Order of August 17, 2012 [D.I. 78], and filed with the Clerk of this district on August 20, 2012.

RULE 81.2 states "In any case transferred or removed to this Court, within 21 days of the filing of the case with the Clerk, the parties shall submit a statement identifying all pending matters which require judicial action."

The following motions were not ruled on prior to transfer:

1) HTC Corporation's Motion to Stay [D.I. 46]; and

2) HTC Corporation's Motion to Dismiss Apple, Inc.'s Counterclaim [D.I. 53].

The parties are available at the convenience of the Court, in person or by telephone, to answer any questions or to discuss scheduling.

2

DATED: September 10, 2012

| **FISH & RICHARDSON P.C.** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ William J. Marsden* | */s/ Karen L. Pascale* |
| William J. Marsden (#2247)<br>Robert M. Oakes (#5217)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 652-5070<br>marsden@fr.com<br>oakes@fr.com<br><br>*Attorneys for Apple Inc.* | Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br><br>*Attorneys for HTC Corporation* |

**CERTIFICATE OF SERVICE**

    I, Karen L. Pascale, Esquire, hereby certify that on September 10, 2012, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

*By E-Mail*:

| | |
|---|---|
| William J. Marsden, Jr. [marsden@fr.com] | Michael J. McKeon [McKeon@fr.com] |
| Robert M. Oakes [oakes@fr.com] | Steven A. Bowers [Bowers@fr.com] |
| FISH & RICHARDSON P.C. | Cherylyn Esoy Mizzo [Mizzo@fr.com] |
| 222 Delaware Avenue, 17th Floor | Kevin C. Wheeler [kwheeler@fr.com] |
| Wilmington, Delaware 19801 | FISH & RICHARDSON P.C. |
| (302) 652-5070 | 1425 K Street, N.W., Suite 1100 |
| | Washington, D.C. 20005 |
| *Attorneys for Counter-Claimant Apple Inc.* | (202) 783-5070 |

David J. Healey [Healey@fr.com]
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street
Suite 2800
Houston, TX 77010
(713) 654-5300

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (#2903) [*kpascale@ycst.com*]
James L. Higgins (#5021) [*jhiggins@ycst.com*]
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Counter-Defendant HTC Corporation*

01:12453956.1